# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
JTG INTERNATIONAL CORPORATION    §         Case No. 12-32704
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 s. DEARBORN STREET
    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/13/2013 in Courtroom 4016,
    Henry Hyde Judicial Office Facility
    505 N. County Farm Road
    Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/13/2013                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
JTG INTERNATIONAL CORPORATION  §      Case No. 12-32704
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,626.23 |
| and approved disbursements of | $ | 104.57 |
| leaving a balance on hand of[1] | $ | 12,521.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,012.62 | $ 0.00 | $ 2,012.62 |
| Other: International Sureties Ltd | $ 11.28 | $ 11.28 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,012.62 |
| Remaining Balance | | $ | 10,509.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,254.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dept of Treasury | $ 1,254.00 | $ 0.00 | $ 1,254.00 |

| | Total to be paid to priority creditors | $ 1,254.00 |
|---|---|---|
| | Remaining Balance | $ 9,255.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,344.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dixon Smith & Associates | $ 9,961.49 | $ 0.00 | $ 5,315.54 |
| 3 | Air Ground Logistics, Inc. | $ 1,000.00 | $ 0.00 | $ 533.61 |
| 5 | Allgreen Worldwide Express | $ 3,708.00 | $ 0.00 | $ 1,978.62 |
| 7 | Shira Leah LLC | $ 1,811.14 | $ 0.00 | $ 966.44 |
| 8 | American Alternative Insurance Corp | $ 863.60 | $ 0.00 | $ 460.83 |

| | Total to be paid to timely general unsecured creditors | $ 9,255.04 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 12-32704-DRC
JTG International Corporation                                                           Chapter 7
            Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: esullivan              Page 1 of 3                  Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db           +JTG International Corporation,    P.O. Box 187,    Elk Grove Village, IL 60009-0187
19993127     +AMERICAN ALTERNATIVE INSURANCE CORP.,     Attn: R. Stiegel,    3333 Warrenville Road,Suite 160,
               Lisle, IL 60532-1579
19327314     +Air Ground Logistics, Inc.,    754 Foster Avenue,    Bensenville, IL 60106-1509
19327315     +Allgreen International,    436 E. State Parkway,    Suite 222,    Schaumburg, IL 60173-6412
19904683     +Allgreen Worldwide Express,    436 E. State Parkway #222,    Schaumburg, IL 60173-6412
20623859     +American Alternative Insurance Corp,     Roanoke Trade Services Inc,
               1475 E Woodfield Rd., Ste 500,    Schaumburg, IL 60173-4903
19422055      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
19327316     +Ascot Trucking,   45 E. Bradrock,    Des Plaines, IL 60018-1937
19327317     +Brokers Trust Real Estate,    P.O. Box 262,    Hinsdale, IL 60522-0262
19327318     +C-Tech Logistics, Inc.,    P.O. Box 1381,    Elk Grove Village, IL 60009-1381
19327319     +C.B.S. Messenger,    P.O. Box 1817,    Palatine, IL 60078-1817
19327320     +Cbeyond Online,    1520 Kensington Road,    Suite 300,    Oak Brook, IL 60523-2142
19327321     +Channel Distribution Corp.,    925 W. Thorndale Avenue,     Itasca, IL 60143-1338
19327322      Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
19327323     +Ciro Trucking, Inc.,    1550 Seward,    Schaumburg, IL 60193-4627
19327325     +Descartes,   8200 N.W. 33rd,    Suite 316,    Miami, FL 33122-1901
19327326     +Dixon, Smith & Associates, Inc.,     c/o Teller,Levit & Silvertrust,PC,
               19 South LaSalle Street, Suite 701,     Chicago, IL 60603-1431
19327327      Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
19455536     +G L Huyett,    P O Box 232,    Ext 49,    GL Huyett Expressway,    Minneapolis KS 67467-0232
19327330     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,      Bankruptcy Section,
               Level 7-425 100 West Randolph St.,     Chicago, IL 60606)
19327332     +Jaime Garcia,   4201 W. Olcott Avenue,     East Chicago, IN 46312-2543
19327333     +Joe Garcia,   P.O. Box 187,    Elk Grove Village, IL 60009-0187
19327335     +John S. Connor, Inc.,    799 Cromwell Park Drive,    Suites A-G,    Glen Burnie, MD 21061-2578
19327334      John S. Connor, Inc.,    P.O. Box 791384,    Baltimore, MD 21279-1384
19455537     +Long Wing International,    2021 Midwest Road,    Suite 200,    Oak Brook IL 60523-1370
19327336     #+Scott Honig, CPA,    2200 S. Main Street,    #206,    Lombard, IL 60148-5365
19327337      Shell Card,    P.O. Box 689081,    Des Moines, IA 50368-9081
19327338      Shell Fleet,    Processing Center,    P.O. Box 183019,    Columbus, OH 43218-3019
19327339     +Shipco Transport, Inc.,    80 Washington Street,    Hoboken, NJ 07030-4506
19455538     +Shira Leah LLC,    3636 N Talman AVe,    Chgo IL 60618-4720
19327340      Slater, Tenaglia, Fritz & Hunt,    P.O. Box 8500,    Philadelphia, PA 19178-2431
19327341     #+Slater, Tenaglia, Fritz and Hunt,    P.O. Box 5476,    Mount Laurel, NJ 08054-5476
19455539     +Spirothem Inc,    25 N Brandon Rd,    Glendale Heights IL 60139-2024
19327342     +Teller, Levit & Silvertrust, P.C.,     19 South LaSalle Street,    Suite 701,
               Chicago, IL 60603-6369
19818538     +U.S. Customs and Border Protection,     Attn: Revenue Division, Bankruptcy Team,
               6650 Telecom Dr.,Suite 100,    Indianapolis, IN 46278-2010
19327343      U.S. Customs and Border Protection,     601 S. Canal Street,    Room 900,    Chicago, IL 60607
19327344     +Wisconsin Glacier Springs Company,     436 Park Avenue,    Lake Villa, IL 60046-6513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19327324      E-mail/Text: legalcollections@comed.com Aug 17 2013 00:02:32      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
19714546      E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:02
               Department of Treasury-Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
19327328     +E-mail/Text: creditdepartment@freightquote.com Aug 17 2013 00:05:01      Freightquote.com,
               16025 West 113th Street,    Lenexa, KS 66219-5105
19327329     +E-mail/Text: creditdepartment@freightquote.com Aug 17 2013 00:05:01      Freightquote.com,
               2699 Patton Road,    Saint Paul, MN 55113-1137
19327331      E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:02      Internal Revenue Service,
               230 South Dearborn St.,    Mail Stop 5010 CHI,    Chicago, IL 60604
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: esullivan            Page 2 of 3                   Date Rcvd: Aug 16, 2013
                              Form ID: pdf006            Total Noticed: 42

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: esullivan              Page 3 of 3                  Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2013 at the address(es) listed below:

        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
        Bruce C Scalambrino    on behalf of Debtor    JTG International Corporation bcs@sacounsel.com
        Christopher L Muniz    on behalf of Debtor    JTG International Corporation clm@sacounsel.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4