UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                             §
                                                   §
JTG INTERNATIONAL CORPORATION   §          Case No. 12-32704
                                                   §
          Debtor(s)                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph St. Chicago, IL 60606 | | | | | |
| | Joe Garcia P.O. Box 187 Elk Grove Village, IL 60007 | | | | | |
| 1 | DEPT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ascot Trucking 45 E. Bradrock Des Plaines, IL 60018 | | | | | |
| | Brokers Trust Real Estate P.O. Box 262 Hinsdale, IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C-Tech Logistics, Inc. P.O. Box 1381 Elk Grove Village, IL 60007 | | | | | |
| | C.B.S. Messenger P.O. Box 1817 Palatine, IL 60078 | | | | | |
| | Cbeyond Online 1520 Kensington Road Suite 300 Oak Brook, IL 60523 | | | | | |
| | Channel Distribution Corp. 925 W. Thorndale Avenue Itasca, IL 60143 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Ciro Trucking, Inc. 1550 Seward Schaumburg, IL 60193 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Descartes 8200 N.W. 33rd Suite 316 Miami, FL 33122 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Federal Express P.O. Box 94515 Palatine, IL 60094-4515 | | | | | |
| | Freightquote.com 16025 West 113th Street Lenexa, KS 66219 | | | | | |
| | G.L. Huyett P.O. Box 232 Exit 49, GL Huyett Expressway Minneapolis, KS 67467 | | | | | |
| | Jaime Garcia 4201 W. Olcott Avenue East Chicago, IN 46312 | | | | | |
| | Joe Garcia P.O. Box 187 Elk Grove Village, IL 60007 | | | | | |
| | John S. Connor, Inc. P.O. Box 791384 Baltimore, MD 21279-1384 | | | | | |
| | Long Wing International 2021 Midwest Road Suite 200 Oak Brook, IL 60523 | | | | | |
| | Scott Honig, CPA 2200 S. Main Street #206 Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Shell Card P.O. Box 689081 Des Moines, IA 50368-9081 |  |  |  |  |  |
|  | Shipco Transport, Inc. 80 Washington Street Hoboken, NJ 07030 |  |  |  |  |  |
|  | Spirotherm, Inc. 25 North Brandon Road Glendale Heights, IL 60139 |  |  |  |  |  |
|  | U.S. Customs and Border Protection 601 S. Canal Street Room 900 Chicago, IL 60607 |  |  |  |  |  |
|  | Wisconsin Glacier Springs Company 436 Park Avenue Lake Villa, IL 60046 |  |  |  |  |  |
| 3 | AIR GROUND LOGISTICS, INC. |  |  |  |  |  |
| 5 | ALLGREEN WORLDWIDE EXPRESS |  |  |  |  |  |
| 6 | AMERICAN ALTERNATIVE INSURANCE CORP |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN ALTERNATIVE INSURANCE CORP | | | | | |
| 2 | DIXON SMITH & ASSOCIATES | | | | | |
| 7 | SHIRA LEAH LLC | | | | | |
| 4 | U.S. CUSTOMS AND BORDER PROTECTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-32704 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JTG INTERNATIONAL CORPORATION | | Date Filed (f) or Converted (c): | 08/17/12 (f) |
| | | | 341(a) Meeting Date: | 11/06/12 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 02/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 9,415.58 | 0.00 | | 9,503.74 | FA |
| 2. ACCOUNTS RECEIVABLE | 80,936.62 | 0.00 | | 3,122.49 | FA |
| 3. CUSOMTER LIST | 0.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT, FURNISHINGS, AND | 500.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $90,852.20   $0.00   $12,626.23   $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/30/13    Current Projected Date of Final Report (TFR): 05/30/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-32704 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JTG INTERNATIONAL CORPORATION | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1434 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0782 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -0.61 | | -0.61 |
| 12/23/12 | | Chicago Importing Co. | account receivable | 305.00 | | | | | 304.39 |
| 12/23/12 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $305.00 Received and deposited 11/16/12; posted to account 12/23/12 | | | | | | 304.39 |
| 12/23/12 | | Chicago Importing Co. | account receivable | 320.00 | | | | | 624.39 |
| 12/23/12 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $320.00 Received and deposited 11/16/12; posted to account 12/23/12 | | | | | | 624.39 |
| 12/23/12 | | Huyett, G.L. | account receivable Received and deposited 11/16/12; posted to account 12/23/12 | 2,815.51 | | | | | 3,439.90 |
| 12/23/12 | | Mexico, Aero | account receivable | 367.00 | | | | | 3,806.90 |
| 12/23/12 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $367.00 Received and deposited 11/16/12; posted to account 12/23/12 | | | | | | 3,806.90 |
| 12/23/12 | | Huyett, G.L. | Huyett, G.L.--check returrned deposit returned 11/28/12; posted to account 12/23/12 | | | | -2,815.51 | | 991.39 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -0.63 | | 990.76 |
| 01/14/13 | | Associated Bank | charge for returned check (12/14) Charge for check returned as NSF-posted to account 12/14/12. | | | | -12.00 | | 978.76 |
| 01/18/13 | | G.L. Huyett Expressway Exit 49 G.L. Huyett Expressway P.O. Box 232 Minneapolis KS 67467 | account receivable | 2,130.49 | | | | | 3,109.25 |
| 01/18/13 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $2,130.49 | | | | | | 3,109.25 |
| 02/06/13 | | First Merit III Cascade Plaza 4th Floor Akron OH 44308 | turnover of bank account | 9,503.74 | | | | | 12,612.99 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-32704 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JTG INTERNATIONAL CORPORATION | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1434 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0782 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/06/13 | 1 | Asset Sales Memo: | BANK ACCOUNTS $9,503.74 | | | | | | 12,612.99 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 12,602.99 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 11.28 | | | 12,591.71 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -14.64 | | 12,577.07 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -18.70 | | 12,558.37 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -18.07 | | 12,540.30 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -18.64 | | 12,521.66 |
| 09/16/13 | 010002 | Brenda Porter Helms | | | | 2,012.62 | | | 10,509.04 |
| 09/16/13 | 010003 | Dept of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19114 | final distribution | | | 1,254.00 | | | 9,255.04 |
| 09/16/13 | 010004 | Dixon Smith & Associates<br>c/o Teller Levit & Silvertrust<br>19 S. LaSalle St. #701<br>Chicago IL 60603 | Final Distribution | | | 5,315.54 | | | 3,939.50 |
| 09/16/13 | 010005 | Air Ground Logistics, Inc.<br>754 Foster Ave<br>Bensenville IL 60106 | Final Distribution | | | 533.61 | | | 3,405.89 |
| 09/16/13 | 010006 | Allgreen Worldwide Express<br>436 E. State Parkway #222<br>Schaumburg IL 60173 | Final Distribution | | | 1,978.62 | | | 1,427.27 |
| 09/16/13 | 010007 | Shira Leah LLC<br>3636 N.Talman Ave<br>Chicago IL 60618 | Final Distribution | | | 966.44 | | | 460.83 |
| 09/16/13 | 010008 | American Alternative Insurance Corp | Final Distribution | | | 460.83 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-32704 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JTG INTERNATIONAL CORPORATION | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1434 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0782 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******1434          Balance Forward            0.00
                         6   Deposits              15,441.74        8  Checks              12,532.94
                         0   Interest Postings          0.00        9  Adjustments Out      2,908.80
                                                                    0  Transfers Out            0.00
                             Subtotal           $ 15,441.74
                                                                       Total              $ 15,441.74
                         0   Adjustments In             0.00
                         0   Transfers In               0.00

                             Total              $ 15,441.74
```

          /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 11/08/13
          BRENDA PORTER HELMS, TRUSTEE

LFORM2XT
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.03a